Motion Granted; Appeal Dismissed and Memorandum
Opinion filed November  18, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00824-CV

____________

 

DENBURY GREEN PIPELINE-TEXAS, LLC, Appellant

 

V.

 

ELLEN L. JOHNSON, Appellee

 



 

On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 10CV1773

 



 

M E M O R
A N D U M   O P I N I O N

This is
an interlocutory appeal from a temporary injunction signed August 2, 2010.  On November
15, 2010, appellant filed an unopposed motion to dismiss the appeal because the
case has settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.